UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ANGELA ADAMS LICENSING, LLC, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) |
| WALMART STORES, INC., et al., | ) ) |
| Defendants | ) |

No. 2:11-cv-229-GZS

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 18, 2011, his Recommended Decision (Docket No. 34). DefendantsWalmart Stores, Inc. and Walmart.com USA, LLC filed their Objection to the Recommended Decision (Docket No. 35) on December 5, 2011. Defendant Mohawk Industries, Inc. filed its Objection to the Recommended Decision (Docket No. 36) on December 5, 2011. Plaintiffs' filed their consolidated Response to Defendants' Objections to the Recommended Decision (Docket No. 37) on December 19, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Motion to Dismiss (Docket No. 19) filed by Defendants Walmart Stores, Inc. and Walmart.com USA, LLC is hereby **DENIED**.

3. It is hereby **ORDERED** that the Motion to Dismiss (Docket No. 24) filed by Defendants Mohawk Industries, Inc. and Target Corporation is hereby **DENIED**.

/s/George Z. Singal<br>U.S. District Judge

Dated this 21st day of December, 2011.